UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOHNSON, <br> Plaintiff, <br> v. <br> NATIONSTAR MORTGAGE, LLC, <br> Defendant. | Case No. 3:17-cv-03676-WHO <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 51 |

On April 8, 2019, defendant Nationstar Mortgage submitted a one-sided letter outlining a discovery dispute and requesting leave to file a motion to compel. Dkt. No. 51. No statement from plaintiff Steve Johnson was included because he did not respond to Nationstar's April 2 request for a statement from him. According to the letter, Johnson has produced insufficient discovery because he failed to produce documents that are in his possession and control and to provide substantive responses to some interrogatories. Although Johnson agreed to cure these defects on or before March 19, 2019, he failed to do so.

Johnson is hereby ORDERED TO SHOW CAUSE why he has not complied with his discovery obligations. On or before **April 17, 2019**, Johnson must both (1) provide Nationstar with documents and interrogatory responses that cure the defects Nationstar has raised and (2) respond to this order with a filing in the docket that explains why he failed to comply with his representation that he would provide amended discovery responses by March 19, 2019. I will consider sanctions as necessary, and whether it is appropriate to adjust the case schedule or take

more drastic action, after reviewing Johnson's response.

**IT IS SO ORDERED.**

Dated: April 10, 2019

William H. Orrick
United States District Judge